BARRETT CHEMICAL COMPANY, Appellant. *v.* JULIUS STERN, Respondent.

*Barrett Chemical Co.* v. *Stern*, 111 App. Div. 913, affirmed. (Argued March 15, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1906, affirming a judgment in favor of defendant

entered upon a dismissal of the complaint by the court on trial at Special Term in an action to restrain the defendant from using certain words in the sale or advertisement of a certain manufactured product as an infringement of plaintiff's trade mark.

*William S. Beaman* for appellant.

*Arthur Furber* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.